IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN R. HEARD, | : | CASE NO. 5:05CV3001 |
| | : | |
| | : | JUDGE DOWD |
| Plaintiff, | : | |
| | : | MAG. JUDGE LIMBERT |
| v. | : | |
| | : | |
| COUNTY OF SUMMIT, SUMMIT | : | NOTICE OF DEPOSITION |
| COUNTY SHERIFF'S | : | *DUCES TECUM* |
| DEPARTMENT, | : | |
| et al., | : | |
| | : | |
| Defendants, | : | |

Notice is hereby given that on January 23rd 2007 at 2:30 p.m. Plaintiff will take the deposition of Deputy Sheriff Drew Alexander, Chief Steven Finical, Deputy Barry Davidson, Deputy Douglas Edwardson, and Deputy Joseph Winkler at the Law Office of Michael J. Goldberg, 323 West Lakeside, Suite 450, Cleveland, Ohio 44113.

The deposition will be taken pursuant to Rule 30 of the Federal Rules of Civil Procedure and will continue from day to day until completed. **Fincun-Mancini** will record by non stenographic means and will preserve the tape. A transcript will be prepared from the tape for filing purposes.

Respectfully submitted,

*[signature]*
MICHAEL J. GOLDBERG # 0040839
Attorney at Law
323 West Lakeside, Suite 450
Cleveland, Ohio 44113
(216) 696-4514

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has electronically filed a copy of the foregoing Notice of Deposition Duces Tecum on January 5th, 2007 to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____
MICHAEL J. GOLDBERG # 0040839
Attorney for Plaintiff