DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| John R. Heard, | ) | |
| | ) | CASE NO. 5:05 CV 3001 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | <u>JUDGMENT ENTRY</u> |
| | ) | |
| County of Summit, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that summary judgment is entered in favor of the defendants on all remaining claims. Case closed; each party to bear its own costs.


  March 19, 2007                                   *s/ David D. Dowd, Jr.*
Date                                                      David D. Dowd, Jr.
                                                                U.S. District Judge